# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Goodman, Jonathan | **2. Court or Organization**<br><br>District Court - Southern District of Florida | **3. Date of Report**<br><br>08/04/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full-time United States Magistrate Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>to<br>12/31/2019 |

**7. Chambers or Office Address**

James Lawrence King Federal Justice Building
99 N.E. 4th Street
Miami, FL 33131

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Faculty | ▮▮▮▮▮▮▮▮ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 08/04/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | �altinti (teaching income) | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | ▬ (salary) |
| 2. 2019 | ▬ (salary) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 08/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Bank of America (cash) | A | Interest | K | T | | | | | |
| 3. Rental Property #1, Lauderhill, FL | C | Rent | L | W | | | | | |
| 4. IRA #1 (H) | | | | | | | | | |
| 5. BankUnited (cash) (X) | A | Interest | | | Closed | 11/29/19 | J | | |
| 6. IRA #2 (H) | | | | | | | | | |
| 7. T. Rowe Price Health Sciences (PRHSX) | B | Dividend | K | T | | | | | |
| 8. T. Rowe Price New Am. Growth (PRWAX) | E | Dividend | M | T | | | | | |
| 9. T. Rowe Price New Horizons (PRNHX) | E | Dividend | N | T | | | | | |
| 10. T. Rowe Price Science & Techn. (PRSCX) | D | Dividend | L | T | | | | | |
| 11. IRA #3 (H) | | | | | | | | | |
| 12. Neuberger/Berman Large Cap Value Investor (NPRTX) | B | Dividend | K | T | | | | | |
| 13. IRA #4 (H) | | | | | | | | | |
| 14. Neuberger/Berman Large Cap Value Investor (NPRTX) | B | Dividend | K | T | | | | | |
| 15. IRA #5 (H) | | | | | | | | | |
| 16. Equivest Com Stock Index | | None | K | T | | | | | |
| 17. Equivest Equity 500 Index | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Equivest Multimanager Aggr. Equity | | None | K | T | | | | | |
| 19. EQ/International Equity Index | | None | J | T | | | | | |
| 20. IRA #6 (H) | | | | | | | | | |
| 21. Vanguard Windsor II Fund Inv. (VWNFX) | C | Dividend | L | T | | | | | |
| 22. Vanguard 500 Index Fund Adm. (VFIAX) | A | Dividend | K | T | | | | | |
| 23. IRA #7 (H) | | | | | | | | | |
| 24. Vanguard Windsor II Fund Inv. (VWNFX) | B | Dividend | K | T | | | | | |
| 25. IRA #8 (H) | | | | | | | | | |
| 26. Bank Of America Sweep Account (cash) | A | Interest | J | T | | | | | |
| 27. AB Sustainable Glbl Thematic Fund Cl A (ALTFX) | A | Dividend | J | T | | | | | |
| 28. Blackrock Basic Value Fund Inc A (BDBAX) | A | Dividend | J | T | | | | | |
| 29. Blackrock Asian Dragon Fund, Inc A (MDPCX) | A | Dividend | J | T | | | | | |
| 30. Columbia Emerging Markets Fund Cl A (EEMAX) | A | Dividend | J | T | | | | | |
| 31. Columbia Seligman Communications & Info Fund Cl A (SLMCX) | B | Dividend | J | T | | | | | |
| 32. Goldman Sachs U.S. Eq. Insights Fund CL A (GSSQX) | A | Dividend | J | T | | | | | |
| 33. Ishares S&P 500 Index Fund Cl A (BSPAX) | A | Dividend | J | T | | | | | |
| 34. MFS Total Return Bond Fund Cl A (MRBFX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IRA #9 (H) | | | | | | | | | |
| 36. Columbia Select Large Cap Growth Fund (UMLGX) | E | Dividend | M | T | Sold (part) | 02/05/19 | J | | |
| 37. Dodge & Cox Stock Fund (DODGX) | D | Dividend | M | T | Buy (add'l) | 02/05/19 | J | | |
| 38. Dodge & Cox Income Fund (DODIX) | C | Dividend | M | T | Sold (part) | 02/05/19 | J | | |
| 39. Fundamental Invs Inc (FINFX) | D | Dividend | M | T | Buy (add'l) | 02/05/19 | J | | |
| 40. Goldman Sachs Tr Finl Square Treas Instrs (FTIXX) | A | Dividend | J | T | Sold (part) | 01/11/19 | J | | |
| 41. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 42. | | | | | Buy (add'l) | 02/06/19 | J | | |
| 43. | | | | | Sold (part) | 04/12/19 | J | | |
| 44. | | | | | Sold (part) | 07/12/19 | J | | |
| 45. | | | | | Sold (part) | 10/11/19 | J | | |
| 46. Oakmark Funds Advisor Class (OAYMX) | | None | | | Sold | 02/05/19 | L | D | |
| 47. Ivesco Oppenheimer Developing Markets (ODVYX) | B | Dividend | K | T | Buy (add'l) | 02/05/19 | J | | |
| 48. Invesco Oppenheimer Int'l Bond Fund (OIBYX) | D | Dividend | M | T | | | | | |
| 49. JP Morgan Tr II Core Bond Fund Select (WOBDX) | C | Dividend | M | T | Sold (part) | 02/05/19 | J | | |
| 50. Principal Funds Inc Midcap Fund Inst. (PCBIX) | B | Dividend | K | T | | | | | |
| 51. American Funds Europacific Growth Fund (AEPFX) | C | Dividend | M | T | Buy (add'l) | 02/05/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pimco Fds Pac Invt Mgmt Ser Low Duration (PTLDX) | B | Dividend | L | T | Sold (part) | 02/05/19 | J | | |
| 53. Pimco Fds Pac Invt Mgmt Ser Total Return (PTTRX) | D | Dividend | M | T | Sold (part) | 02/05/19 | J | | |
| 54. Pimco Fds Pac Invt Mgmt Ser Emerging Markets Fund (PEBIX) | B | Dividend | L | T | Sold (part) | 02/05/19 | J | A | |
| 55. Principal Fds Inc High Yield Fund (PHYTX) | B | Dividend | K | T | Sold (part) | 02/05/19 | J | A | |
| 56. T Rowe Price Equity Income FD (PRFDX) | D | Dividend | M | T | Buy | 02/05/19 | M | | |
| 57. Vanguard Small Cap Index Fund (VSMAX) | A | Dividend | K | T | | | | | |
| 58. Voya SER FD INC Small CO FD CL I (AESGX) | A | Dividend | K | T | Buy (add'l) | 02/05/19 | J | | |
| 59. Brokerage Account #1 (H) | | | | | | | | | |
| 60. Janus Henderson Growth & Income D (JNGIX) | A | Dividend | | | Sold | 11/29/19 | J | | |
| 61. Janus Henderson Mid Cap Value Fund D Shares (JNMCX) | A | Dividend | | | Sold | 11/29/19 | J | | |
| 62. JHI U.S. Managed Volatility Fund D (JRSDX) | A | Dividend | | | Sold | 11/20/19 | J | | |
| 63. Brokerage Account #2 (H) | | | | | | | | | |
| 64. Vanguard Growth Index Fund Adm (VIGAX) | A | Dividend | J | T | | | | | |
| 65. Vanguard Windsor II Fund Inv. (VWNFX) | A | Dividend | J | T | | | | | |
| 66. Vanguard U.S. Growth Fund Investor (VWUSX) | A | Dividend | J | T | | | | | |
| 67. UTMA Account #1 (H) | | | | | | | | | |
| 68. Janus Henderson Mid Cap Value Fund D Shares (JNMCX) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  UTMA Account #2 (H) | | | | | | | | | |
| 70.  Janus Henderson Mid Cap Value Fund D Shares (JNMCX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 08/04/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jonathan Goodman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544